**Ollie Otto PRINCE, Appellant, v. UNITED STATES of America, Appellee.**

No. 12773.

United States Court of Appeals
Fifth Circuit.

March 20, 1950.

No Appearance entered for Appellant.

Frank B. Potter, U. S. Atty., Fort Worth, Tex., Clyde G. Hood, Asst. U. S. Atty., Dallas, Tex., for appellee.

Before HOLMES, McCORD, and BORAH, Circuit Judges.

PER CURIAM.

The judgment appealed from is affirmed.